AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenimore, Brian T. | U.S. Bankruptcy Court, Western District of Missouri | 03/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Trust #1 |
| 2. Personal Representative | Probate Estate (closed April 2019) |
| 3. Co-Manager & Member | BSF Farms, LLC |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 03/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | DataSystem Solutions, Inc., salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 29-November 2, 2019 | Washington, DC | National Conference of Bankruptcy Judges | Hotel (2 nights) |
| 2. | Bar Fund, US Courts for Western District of Missouri | October 29-November 2, 2019 | Washington, DC | National Conference of Bankruptcy Judges | Registration, transportation, meals, and balance of hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 03/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. McCartney Cabinets, LLC | Home remodelling contract | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kansas LearningQuest 529 Account (H) | | | | | | | | | |
| 2. - American Century Short-Term Portfolio | | None | J | T | Sold (part) | 01/09/19 | J | | |
| 3. - American Century Cash & Cash Equivalents Portfolio fka Money Market | | None | J | T | Sold (part) | 01/09/19 | J | | |
| 4. 401K Plan #1 (H) | | | | | | | | | |
| 5. -T. Rowe Price Retrement 2030 TR-F | | | | | Sold | 08/28/19 | P1 | | |
| 6. Bank of America Cash Accounts (Trust #1) | A | Interest | M | T | | | | | |
| 7. Oppenheimer Brokerage Account (H) | | | | | | | | | |
| 8. - Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 9. - Facebook, Inc. stock | | None | J | T | | | | | |
| 10. - Snap, Inc. stock | | None | J | T | | | | | |
| 11. - Under Armour, Inc. stock | | None | J | T | | | | | |
| 12. 401K Plan #2 (H) | | | | | | | | | |
| 13. - Principal Bond Market Index Separate Account | | None | K | T | Buy (add'l) | 01/11/19 | J | | |
| 14. | | | | | Sold (part) | 04/12/19 | J | | |
| 15. | | | | | Sold (part) | 07/23/19 | J | | |
| 16. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 17. - Principal Core Plus Bond Separate Account | | None | K | T | Sold (part) | 01/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 20. | | | | | Sold<br>(part) | 10/23/19 | J | | |
| 21.    - Principal LargeCap S&P 500 Index<br>Separate Account | None | | L | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 22. | | | | | Sold<br>(part) | 04/12/19 | J | | |
| 23. | | | | | Sold<br>(part) | 07/23/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 10/23/19 | J | | |
| 25.    - Principal MidCap S&P 400 Index Separate<br>Account | None | | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 26. | | | | | Sold<br>(part) | 04/12/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 10/23/19 | J | | |
| 29.    - Principal SmallCap S&P 600 Index<br>Separate Account | None | | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 32. | | | | | Sold<br>(part) | 10/23/19 | J | | |
| 33.    - Dimensional Fund Advisors Emerging<br>Markets Small Cap I Fund | A | Dividend | K | T | Sold<br>(part) | 01/11/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 36. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 37. - Principal Diversified International Separate Account | None | | L | T | Buy (add'l) | 01/11/19 | J | | |
| 38. | | | | | Sold (part) | 04/12/19 | J | | |
| 39. | | | | | Sold (part) | 07/23/19 | J | | |
| 40. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 41. - Principal International Emerging Markets Separate Account | None | | L | T | Sold (part) | 01/11/19 | J | | |
| 42. | | | | | Sold (part) | 04/12/19 | J | | |
| 43. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 44. | | | | | Buy (add'l) | 10/23/19 | J | | |
| 45. - Principal International SmallCap Separate Account | None | | J | T | Buy (add'l) | 01/11/19 | J | | |
| 46. | | | | | Sold (part) | 04/12/19 | J | | |
| 47. | | | | | Sold (part) | 07/23/19 | J | | |
| 48. | | | | | Sold (part) | 10/23/19 | J | | |
| 49. - Principal Real Estate Securities Separate Account | None | | K | T | Sold (part) | 01/11/19 | J | | |
| 50. | | | | | Sold (part) | 04/12/19 | J | | |
| 51. | | | | | Sold (part) | 07/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 10/23/19 | J | | |
| 53. Northwestern Mutual Insurance Whole Life Policies | C | Dividend | M | T | | | | | |
| 54. Northwestern Mutual Insurance Variable CompLife Policy (Paid Up) (H) | A | Dividend | L | T | | | | | |
| 55. -Northwestern Mutual Series Fund Inc. Select Bond Portfolio | | | | | Sold | 08/08/19 | J | | |
| 56. -Northwestern Mutual Series Fund, Inc. International Equity Portfolio | | | | | Sold | 08/08/19 | J | | |
| 57. -Northwestern Mutual Series Fund, Inc. Index 500 Stock Portfolio | | | | | Sold | 08/08/19 | K | | |
| 58. -Northwestern Mutual Series Fund, Inc. Mid Cap Growth Stock Portfolio | | | | | Sold | 08/08/19 | J | | |
| 59. -Northwestern Mutual Series Fund, Inc. Growth Stock Portfolio | | | | | Sold | 08/08/19 | K | | |
| 60. -Russell Investment Funds Global Real Estate Securities Fund | | | | | Sold | 08/08/19 | J | | |
| 61. Probate Estate (H) | | | | | | | | | |
| 62. - BTC Bank Cash Account (Y) | | | | | | | | | |
| 63. - Tract #1 Farmland in Harrison County, Missouri (Y) | | | | | | | | | |
| 64. - Tracts 2 & 3 Farmland in Harrison County, Missouri (Y) | | | | | | | | | |
| 65. DataSystem Solutions, Inc. stock | | None | M | T | Buy<br>(add'l) | 01/13/19 | K | | |
| 66. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 68. BSF Farms, LLC (50% owner) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Farmland in Harrison County, Missouri (X) | E | Rent | O | Q | | | | | |
| 70. -BTF Bank Cash Account (X) | | | K | T | | | | | |
| 71. IRA #1 (H) | | | | | | | | | |
| 72. -Fidelity Bank Deposit Sweep Program (QPRMQ) | A | Int./Div. | | | Buy | 08/29/19 | O | | |
| 73. | | | | | Sold (part) | 09/11/19 | M | | |
| 74. | | | | | Sold (part) | 10/17/19 | M | | |
| 75. | | | | | Sold (part) | 11/19/19 | M | | |
| 76. | | | | | Sold | 12/18/19 | N | | |
| 77. -Fidelity Government Cash Reserves (FDRXX) | A | Dividend | K | T | Buy | 12/18/19 | N | | |
| 78. | | | | | Sold (part) | 12/18/19 | M | | |
| 79. -iShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | K | T | Buy | 09/11/19 | J | | |
| 80. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 81. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 82. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 83. -iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | L | T | Buy | 09/11/19 | J | | |
| 84. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 85. | | | | | Buy (add'l) | 11/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 87. -iShares Edge MSCI Min Vol EAFE ETF (EFAV) | B | Dividend | M | T | Buy | 09/11/19 | K | | |
| 88. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 89. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 90. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 91. -iShares Edge MSCI Min Vol Emerging Markets ETF (EEMV) | A | Dividend | L | T | Buy | 09/11/19 | J | | |
| 92. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 93. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 94. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 95. -iShares Edge MSCI Min Vol USA ETF (USMV) | B | Dividend | M | T | Buy | 09/11/19 | K | | |
| 96. | | | | | Buy (add'l) | 10/17/19 | L | | |
| 97. | | | | | Buy (add'l) | 11/19/19 | L | | |
| 98. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 99. -iShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | L | T | Buy | 09/11/19 | K | | |
| 100. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 101. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 102. | | | | | Buy (add'l) | 12/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -iShares Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | L | T | Buy | 09/11/19 | K | | |
| 104. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 105. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 106. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 107.  -iShares Core U.S. Aggregate Bond ETF (AGG) | A | Dividend | L | T | Buy | 09/11/19 | K | | |
| 108. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 109. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 110. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 111.  -iShares Intl Aggregate Bond (IAGG) | A | Dividend | L | T | Buy | 09/11/19 | K | | |
| 112. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 113. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 114. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 115.  -iShares Tr Edge US Fixd INM (FIBR) | A | Dividend | M | T | Buy | 09/11/19 | K | | |
| 116. | | | | | Buy (add'l) | 10/17/19 | K | | |
| 117. | | | | | Buy (add'l) | 11/19/19 | K | | |
| 118. | | | | | Buy (add'l) | 12/18/19 | K | | |
| 119.  -iShares Tr US Treas BD ETF (GOVT) | A | Dividend | M | T | Buy | 09/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 10/17/19 | K | | |
| 121. | | | | | Buy<br>(add'l) | 11/19/19 | K | | |
| 122. | | | | | Buy<br>(add'l) | 12/18/19 | K | | |
| 123.  IRA #2 (H) | | | | | | | | | |
| 124.  -Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Buy | 08/30/19 | O | | |
| 125. | | | | | Sold<br>(part) | 09/03/19 | O | | |
| 126. | | | | | Buy<br>(add'l) | 09/12/19 | K | | |
| 127. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 128. | | | | | Sold<br>(part) | 10/18/19 | J | | |
| 129. | | | | | Sold<br>(part) | 12/06/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 134.  -Schwab Value Advantage Money Fund (SWVXX) | B | Dividend | M | T | Buy | 09/03/19 | O | | |
| 135. | | | | | Sold<br>(part) | 09/10/19 | M | | |
| 136. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 138. | | | | | Sold<br>(part) | 10/16/19 | L | | |
| 139. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 140. | | | | | Sold<br>(part) | 12/04/19 | L | | |
| 141. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 142.   -iShares Core MSCI Emerging ETF (IEMG) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 143. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 144. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 145.   -Schwab US Dividend Equity ETF (SCHD) | A | Dividend | K | T | Buy | 09/10/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 148.   -Schwab US Large Cap Growth ETF<br>(SCHG) | A | Dividend | K | T | Buy | 09/10/19 | K | | |
| 149. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 150. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 151.   -Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | Buy | 09/10/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -SPDR S&P Emerging Asia Pacific ETF (GMF) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 155. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 156.  -SPDR Wells Fargo Preferred Stock ETF (PSK) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 157.  -Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | L | T | Buy | 09/10/19 | K | | |
| 158. | | | | | Buy (add'l) | 10/16/19 | K | | |
| 159. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 160.  -Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Buy | 09/10/19 | K | | |
| 161. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 162.  -Vanguard GLBAL EX US Real Estate ETF IV (VNQI) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 163.  -Vanguard Real Estate ETF (VNQ) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 164. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 165. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 166.  -Wisdomtree Intl SmallCP Dividend ETF (DLS) | A | Dividend | K | T | Buy | 09/10/19 | J | | |
| 167. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 168. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 169.  -Baird Core Plus BD Inst (BCOIX) | A | Dividend | K | T | Buy | 10/16/19 | K | | |
| 170.  -JPMorgan INCM I (JMSIX) | A | Dividend | J | T | Buy | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fenimore, Brian T. | 03/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -PIMCO INCM INST CL (PIMIX) | A | Dividend | K | T | Buy | 09/10/19 | K | | |
| 172. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 173. -USAA Income Fund Inst (UIINX) | A | Dividend | L | T | Buy | 09/10/19 | L | | |
| 174. -Vanguard Emrg Mkts Bond (VEGBX) | A | Dividend | K | T | Buy | 12/04/19 | J | | |
| 175. -Vanguard High Yield Corp Fund Admiral Share (VWEAX) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 176. -Matthews Asia Dividend Fund Instl (MIPIX) | A | Dividend | K | T | Buy | 09/10/19 | J | | |
| 177. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 178. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 179. -Vanguard Intl Growth Fd Admiral Share (VWILX) | A | Dividend | K | T | Buy | 09/10/19 | J | | |
| 180. | | | | | Buy (add'l) | 10/16/19 | J | | |
| 181. | | | | | Buy (add'l) | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenimore, Brian T.** | 03/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 13-52: The only fund account reporting dividend and/or capital gain income in the reports we receive for these assets is on line 33.

Part VII, lines 54-60: Filer converted the variable life policy to a paid up life plan with cash value but no underlying investment funds to report.

Part VII, lines 61-64: The probate estate assets were distributed to the beneficiaries in March 2019, and the probate estate was closed in April 2019.

Part VII, lines 65-67: The stock reported on lines 65-67 is owned by Filer's Spouse. The only income from this company is the salary reported in Part III.B.

Part VII, lines 68-70: Filer has a 50% membership interest in the LLC reported on lines 68-70. The value of the farmland reported on line 69 is based on an independent appraisal dated October 6, 2017, with a valuation date as of May 5, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian T. Fenimore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544